UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
KARIM MITCHELL RAHIM,

                       Plaintiff,

        - against -

THE CITY OF NEW YORK, *et al.*,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER TO PRODUCE

Docket No. 1:22-cv-9760
[JMF]

       **IT IS HEREBY ORDERED** that the Superintended or other official in charge of the Attica Correctional Facility, located at 639 Exchange Street, Attica, 14011 produce and make available inmate KARIM MITCHELL RAHIM, DIN # 22-B-2472 through means of a videoconference from the Attica Correctional Facility to the Office of the Counsel for the Comptroller of the City of New York, RUSSO & GOULD, LLP, 33 Whitehall Street - 16th Floor, New York, New York for the taking of his deposition commencing on April 20, 2023 at 1:00 p.m. or on such dates as may be adjourned, until completion of his deposition. Upon receipt of this Order, the Superintendent or other facility designee is directed to contact Bee Reporting Agency in order to conduct a test and make the necessary arrangements for this video conference.

Dated: New York, N.Y.
      April  18 , 2023

**SO ORDERED:**

_____
HON. JESSE M. FURMAN, U.S.D.J.