```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
  KARIM MITCHELL RAHIM,

                              Plaintiff,            ORDER SCHEDULING TELEPHONE
                                                    CONFERENCE
          -against-
                                                    22-CV-9760 (JMF)
  THE CITY OF NEW YORK, et al.,

                              Defendants.
----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 35). A telephone conference will be held on **Tuesday, July 18, 2023 at 12:15 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: May 5, 2023
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2023