```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  KARIM MITCHELL RAHIM,

                                       Plaintiff,         ORDER SCHEDULING
                                                          SETTLEMENT CONFERENCE
                  -against-
                                                          22-CV-9760 (JMF)
THE CITY OF NEW YORK, et al.,

                                       Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A video settlement conference is hereby scheduled on **Monday, January 8, 2024 at 10:00 a.m**. It is ORDERED that the Warden or other official in charge of the Attica Correctional Facility produce **Plaintiff Karim Mitchell Rahim., DIN #22-B-2472, on Monday, January 8, 2024 no later than 10:00 a.m.** to a suitable location in the Facility that is equipped with a computer with internet service, for the purpose of participating in the conference. If the scheduled time and date presents a hardship, the Warden or Warden's designee should promptly inform chambers by calling (212) 805-0234.

The video conference will be held via Teams and the Court will send the Teams link to counsel for Defendant and pro bono counsel in advance of the conference. Plaintiff's counsel and Defense Counsel shall make sure the Facility has the Teams link so that Plaintiff can join the conference.

Defendants must send the person(s) with decision making authority to settle the matter to the conference. Defendants' counsel must send this Order to the Warden or other official in charge of the Facility immediately.

In advance of the conference, Plaintiff through counsel, shall make a settlement demand and Defendants shall provide a response.  Each side may submit a 3-page letter summarizing their settlement position and including any facts pertinent to settlement to the court no later than **January 3, 2024 by 5:00 p.m.**  Such letters should be submitted to the Court's posted email address and marked as a settlement submission.

The Clerk of Court is directed to mail a copy of this order to the Plaintiff:  **Karim Mitchell Rahim., DIN #22-B-2472 Attica Correctional Facility 639 Exchange Street Attica, NY 14011-0149**

**SO ORDERED.**

Dated: October 16, 2023
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge