UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KARIM MITCHELL RAHIM,                                             :
                                                                  :
                        Plaintiff,                                :
                                                                  :     22-CV-9760 (JMF)
        -v-                                                       :
                                                                  :         ORDER
NEW YORK CITY DEPARTMENT OF                                       :
CORRECTIONS et al.,                                               :
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- The parties shall complete fact discovery by **January 12, 2024**, and expert discovery by **February 23, 2024**. These are **firm deadlines**.

- The next pretrial conference is scheduled for **February 14, 2024**, at **9:00 a.m.** Unless and until the Court orders otherwise, the conference will be held remotely by telephone via the Court's dedicated conference line at (888) 363-4749, using access code 542-1540. The parties are reminded that they shall file a joint letter, the contents of which are described in ECF No. 36, at 5-6, by **Thursday of the week prior to the conference**.

- Counsel for Plaintiff shall provide responses to Defendants' interrogatories by **November 17, 2023**, subject to clarifications or corrections by Plaintiff. Defendants may not make any arguments based on the clarifications or corrections.

- Plaintiff shall file a Second Amended Complaint correcting the spelling of Defendant John Lista (to Kia Lister) **within one week** of the date of this Order. Plaintiff shall serve Defendant Lister **within two weeks** thereafter. Plaintiff is reminded that, pursuant to Rule 1.B of the Court's Individual Rules, any amended filing shall be filed with a redline showing all differences between the original and revised filing.

        SO ORDERED.

Dated: November 16, 2023                        _____
       New York, New York                              JESSE M. FURMAN
                                                       United States District Judge